F. P., INC. *v.* COLLEGIUM AND WETHERSFIELD LIMITED PARTNERSHIP ET AL.

The defendant Michael C. Bellobuono's petition for certification for appeal from the Appellate Court, 33 Conn. App. 826 (AC 12617), is denied.

*Peter B. Rustin,* in support of the petition.

*Thomas R. Legenhausen* and *Gina M. Varano,* in opposition.

Decided May 12, 1994

NEW ENGLAND MUTUAL LIFE INSURANCE CORPORATION *v.* CITY OF STAMFORD

The plaintiff's petition for certification for appeal from the Appellate Court (AC 13085) is denied.

*Elliott B. Pollack* and *Gregory F. Servodidio,* in support of the petition.

Decided May 12, 1994